UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Fairbanks, Jason Damman, Colin Beere, John Quarnstrom, Andrew Graham, and Blake Parsons or any successors as Trustees of the Sheet Metal Local #10 Control Board Trust Fund, and the Sheet Metal Local #10 Control Board Trust Fund,<br><br>      Plaintiffs,<br>v.<br><br>DP Fabrication L.L.C.,<br><br>      Defendant. | Court File No. 23-CV-2490 (NEB/TNL)<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant DP Fabrication LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does DP Fabrication LLC have a parent corporation and/or wholly owned subsidiary?

   Yes ___    No **X**

   If yes, the parent corporation and/or wholly owned subsidiary is/are:

2. Is 10% or more of the stock of DP Fabrication LLC owned by a publicly held corporation?

   Yes ___    No **X**

   If yes, identify all such owners:

Dated: December 22, 2023                **FREDRIKSON & BYRON, P.A.**

By:  */s/ Bryan J. Morben*
Bryan J. Morben (#396624)
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: 612-492-7002
Email: bmorben@fredlaw.com

AND

**MASLON, LLP**

Larina Alton (#0388332)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8300
Email:larina.alton@maslon.com

***Attorneys for Defendant Twisted Mechanical LLC***